UNITED STATES DISTRICT COURT

MIDDLE DISTRICT OF LOUISIANA

GEORGE C. BANKS, JR. (#97742)

VERSUS                                                       CIVIL ACTION NO.: 08-631-JVP-DLD

MR. ROBERT L. MATHEWS, ET AL

## RULING

The court, having carefully considered the complaint, the record, the law applicable to this action, and the Report and Recommendation of United States Magistrate Judge Docia L. Dalby dated October 27, 2008, to which no objection has been filed, hereby approves the report and recommendation of the magistrate judge and adopts it as the court's opinion.

Accordingly, this action shall be **DISMISSED**, with prejudice, as legally frivolous pursuant to 42 U.S.C. § 1983.

Judgment shall be entered accordingly.

Baton Rouge, Louisiana, December 16, 2008.

JOHN V. PARKER
UNITED STATES DISTRICT JUDGE
MIDDLE DISTRICT OF LOUISIANA